COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

EL PASO COUNTY,                   §             No. 08-16-00081-CV

            Appellant,           §             Appeal from the

v.                              §           346th District Court

SUNLIGHT ENTERPRISES CO., INC.,    §         of El Paso County, Texas

            Appellee.           §            (TC# 2014DCV3555)

§

# O R D E R

Pending before the Court is a petition for permissive appeal filed by El Paso County. *See* TEX.R.APP.P. 28.3. The petition is GRANTED. Pursuant to Rule 28.3(k), a notice of appeal is deemed to have been filed by El Paso County on the date of this order and the appeal will be governed by the rules applicable to accelerated appeals. El Paso County is directed to take all necessary steps to cause the appellate record to be filed. *See* TEX.R.APP.P. 34.5, 34.6. The clerk's record and the reporter's record, if any, are due to be filed no later than May 30, 2016. The Clerk of the Court shall file a copy of this order with the trial court clerk. *See* TEX.R.APP.P. 28.3(k).

IT IS SO ORDERED this 10th day of May, 2016.


PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.